No. 01–1333. BROOKS *v.* HOWMEDICA, INC., A DIVISION OF PFIZER HOSPITAL PRODUCTS GROUP, ET AL. C. A. 8th Cir. Certiorari denied. 

No. 01–1335. STEELE *v.* CITY OF BEMIDJI ET AL. C. A. 8th Cir. Certiorari denied. 

No. 01–1336. WISNESKI *v.* LeMARBE. C. A. 6th Cir. Certiorari denied. 

No. 01–1339. HOLLAND, A MINOR, BY AND THROUGH HER NEXT BEST FRIEND AND PARENT, OVERDORFF, ET AL. *v.* HARRINGTON, UNDERSHERIFF OF LA PLATA COUNTY, COLORADO. C. A. 10th Cir. Certiorari denied. ██

No. 01–1341. HENSLEY ET AL. *v.* HOME DEPOT U. S. A., INC. C. A. 5th Cir. Certiorari denied. ██

No. 01–1344. JO-BET, INC., DBA HENRY THE VIII SOUTH *v.* MICHIGAN LIQUOR CONTROL COMMISSION. Ct. App. Mich. Certiorari denied.

No. 01–1345. CONNOLLY *v.* ENTEX INFORMATION SERVICES, INC. C. A. 9th Cir. Certiorari denied. 

No. 01–1346. OLICK *v.* JOHN HANCOCK DISTRIBUTORS, INC. C. A. 3d Cir. Certiorari denied. 

No. 01–1348. HUKKANEN-CAMPBELL *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 10th Cir. Certiorari denied. ██ 

No. 01–1352. GENERAL MOTORS CORP. ET AL. *v.* CITY OF SEATTLE. Ct. App. Wash. Certiorari denied. 

No. 01–1356. BAILEY *v.* FLORIDA BAR. Sup. Ct. Fla. Certiorari denied. 

No. 01–1367. BARNETT *v.* DENVER PUBLISHING CO., DBA ROCKY MOUNTAIN NEWS, INC. Ct. App. Colo. Certiorari denied.